UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERYMAINE BEASLEY,

          Plaintiff,

    v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

          Defendant.

Case No. C13-1106RSL

ORDER TO SHOW CAUSE

On July 24, 2013, the Court issued an order requiring the parties to file a Joint Status Report by September 4, 2013. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, October 4, 2013, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of July 24, 2013. The Clerk is directed to place this Order to Show Cause on the Court's calendar for October 4, 2013.

DATED this 20th day of September, 2013.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE